[Nos. 43017-3-I; 43018-1-I;   Division One.   November 22, 1999.]
43841-7-I; 43842-5-I.

*In the Matter of the Dependency of* V.W., ET AL.

DEBORAH SHUMAN, ET AL., *Appellants*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

BILLIE DIONE WHIPPLE, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King
County, Nos. 96-7-04301-8, 96-7-04300-0, Philip G. Hub-
bard, Jr., J., entered May 28, 1998. *Affirmed* by unpub-
lished opinion per Becker, J., concurred in by Baker and
Cox, JJ.

[No. 17309-7-III.   Division Three.   November 23, 1999.]

ROBERT CARLSON, ET AL., *Respondents*, v. LOREN K. SHARP,
ET AL., *Defendants*, STRATA, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 95-2-00747-1, Vic L. VanderSchoor, J.,
entered February 26, 1998. *Reversed* by unpublished
opinion per Kurtz, A.C.J., concurred in by Sweeney and
Kato, JJ. Now published at 99 Wn. App. 324.

[No. 17456-5-III.   Division Three.   November 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA LUCILLE
MUNS, *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 97-1-00560-8, Carolyn A. Brown, J., entered
April 17, 1998. *Affirmed in part* and *remanded* by unpub-
lished opinion per Brown, J., concurred in by Kurtz, A.C.J.,
and Kato, J.